UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRITTANY MARIE TOMLINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROSES DISCOUNT STORES, VARIETY ) <br> WHOLESALERS, INC., C. GILL ) <br> FRAZIER, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br> **CASE NO. 5:24-CV-696-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the recommendation of the magistrate judge as its own, FINDS that the court lacks subject-matter jurisdiction over this action, DISMISSES the Complaint without prejudice, and DIRECTS the Clerk of the Court to close the case.

This Judgment filed and entered on September 11, 2025, and copies to:
Brittany Marie Tomlinson (via CM/ECF Electronic Notification)

September 11, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk